940 F.2d 659w
 6 Indiv.Empl.Rts.Cas. 1184
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Robert L. DAMRON, Randall Burke, Leonard Fleming, Ricky D.
Mullins, Plaintiffs-Appellants,
v.
ROB FORK MINING CORPORATION, Rob Fork Processing
Corporation, Jackal Mining Company, Mine 29 Mining and
Processing, Inc., Sidewinder Mining Company, Bethlehem Steel
Corporation, Bethenergy Mines, Inc., Defendants-Appellees.
 No. 90-6367.
 United States Court of Appeals, Sixth Circuit.
 Aug. 6, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION